# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DUANE URBANSKI,<br><br>      Plaintiff,<br>v.<br><br>WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>      Defendants. | Case No. 16-CV-1500-JPS<br><br>**ORDER** |

On July 21, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #22). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #22) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED** with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 24th day of July, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge